IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **EMILIA & NICOLAE SIMERIA,** | § § | |
| **V.** | § § | **CIVIL ACTION NO. 4:23-cv-02135** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** | § § § § | **JURY DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Emilia and Nicolae Simeria, Plaintiffs in the above styled and numbered cause of action, and moves the Court to dismiss his cause of action against Defendant Allstate Vehicle And Property Insurance Company with prejudice and would respectfully show unto this Honorable Court the following:

**I.**

Plaintiff herein no longer desires to pursue the matters as set forth in Plaintiff's pleadings for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto.

**II.**

That the attorney of record for Defendant has agreed and consented to the Order of Dismissal filed with this Motion and has approved same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Emilia and Nicolae Simeria, pray that this cause of action be dismissed with prejudice to the right of Plaintiff to refile same or any part thereof as to the Defendant, Allstate Vehicle And Property Insurance Company; that taxable costs of Court be assessed against the party incurring same; and that the Court enter an

Order dismissing this cause of action with prejudice at the earliest possible date of convenience.

Respectfully submitted,

 /s/ Amanda J. Fulton *(signed by permission)*
Chad T. Wilson
Bar No. 24079587
Amanda J. Fulton
Bar No. 24077283
CHAD T. WILSON LAW FIRM, PLLC
455 East Medical Center Blvd., Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
afulton@cwilsonlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that the foregoing motion has been delivered to all interested parties on July 11, 2024 correctly addressed to:

Wesley R. Ward
Hope & Causey, P.C.
P. O. Box 3188
Conroe, Texas 77305-3188
**ATTORNEYS FOR DEFENDANT**

 /s/ Amanda J. Fulton *(signed by permission)*